1  LAW OFFICES OF THOMAS D. MAURIELLO
   THOMAS D. MAURIELLO (SBN 144811)
2  209 Avenida Fabricante, Suite 125
   San Clemente, CA 92672
3  Telephone: (949) 542-3555
   Facsimile: (949) 606-9690
4  tomm@maurlaw.com

5  (Additional counsel appear on signature page)
   Attorneys for Plaintiff
6

7              **IN THE UNITED STATES DISTRICT COURT**

8              **FOR THE CENTRAL DISTRICT OF CALIFORNIA**

9

10 BRIAN J. WOLIN, On Behalf         :   CASE NO. **8:07-cv-0627-AG-RNB**
   of Himself and All Others Similarly :
11 Situated,                          :
                                      :   **DECLARATION OF JAMES C.**
12                                    :   **SHAH IN SUPPORT OF**
                     Plaintiff,       :   **PLAINTIFF'S MEMORANDUM**
13                                    :   **OF POINTS AND AUTHORITIES**
             vs.                      :   **IN RESPONSE TO**
14                                    :   **DEFENDANT'S SUR-REPLY**
   LAND ROVER NORTH                   :   **IN OPPOSITION TO MOTION**
15 AMERICA, INC.,                     :   **FOR CLASS CERTIFICATION**
                                      :
16                   Defendant.       :   **Date:  June 23, 2008**
                                      :   **Time:  10:00 a.m.**
17                                    :   **Judge: Hon. Andrew J. Guilford**
                                      :   **Courtroom:  10D**
18                                    :
   _____    :
19

20

21

22

23

24

25

26

27

28 **CASE NO. 8:07-cv-0627-AG-RNB**      **DECLARATION OF JAMES C. SHAH IN SUPPORT**
                                         **OF PLAINTIFF'S MEMORANDUM OF POINTS AND**
                                         **AUTHORITIES IN RESPONSE TO DEFENDANT'S**
                                         **SUR-REPLY IN OPPOSITION TO MOTION FOR**
                                         **CLASS CERTIFICATION**

I, James C. Shah, declare as follows:

1. I am an attorney with Shepherd, Finkleman, Miller & Shah, LLP, and my firm is counsel for Plaintiff, Brian J. Wolin, in this action. I have personal knowledge of each of the facts stated herein, and if called could and would testify thereto. I make this Declaration in support of Plaintiff's Memorandum of Points and Authorities in Response to Defendant's Sur-Reply in Opposition to Motion for Class Certification.

2. On April 24, 2008, I deposed George Sherrey ("Sherrey"), Land Rover's Group Leader of Chassis System Integration, in Washington D.C.

3. In the three weeks leading up to Sherrey's deposition, Land Rover produced approximately 180,000 documents.

4. On or about April 15, 2008, Land Rover produced approximately 69,000 of the documents referenced in Paragraph 3. Included within this production were documents Bates stamped LRUK 144194-144204.

5. During Sherrey's deposition I marked, as an exhibit, documents Bates stamped LRUK 144195-144204. I did not intentionally exclude document Bates stamped LRUK 144194 from the exhibit. Rather, in the course of reviewing and copying the voluminous documents, the document (LRUK 144194) was inadvertently not made part of the exhibit, which was likely the result of a copying error.

6. Indeed, far from purposefully excluding the document (LRUK 144194), I would have preferred to have the document made part of the exhibit as it confirms, *inter alia*, Sherrey's involvement and participation in certain of the issues germane to this case.

CASE NO. 8:07-cv-0627-AG-RNB         DECLARATION OF JAMES C. SHAH IN SUPPORT OF PLAINTIFF'S MEMORANDUM OF POINTS AND AUTHORITIES IN RESPONSE TO DEFENDANT'S SUR-REPLY IN OPPOSITION TO MOTION FOR CLASS CERTIFICATION         -1-

1  I declare under penalty of perjury under the laws of the State of California
2 that the foregoing is true and correct and that this declaration was executed on June
3 4, 2008 in Media, Pennsylvania.

                /s/ James C. Shah
                James C. Shah

CASE NO. 8:07-cv-0627-AG-RNB     DECLARATION OF JAMES C. SHAH IN SUPPORT OF PLAINTIFF'S MEMORANDUM OF POINTS AND AUTHORITIES IN RESPONSE TO DEFENDANT'S SUR-REPLY IN OPPOSITION TO MOTION FOR CLASS CERTIFICATION

-2-