Colm A. Moran (Cal. Bar No. 202685)
HOGAN & HARTSON LLP
1999 Avenue of the Stars, Suite 1400
Los Angeles, California  90067
Telephone:  (310) 785-4600
Facsimile:  (310) 785-4601
Email:  camoran@hhlaw.com

Martin A. Price (Cal. Bar. No. 208134)
Kevin S. Willen (*Pro Hac Vice*)
HOGAN & HARTSON LLP
555 Thirteenth Street, NW
Washington, DC 20004-1109
Telephone: (202) 637-5600
Facsimile: (202) 637-5910
Email: maprice@hhlaw.com
            kswillen@hhlaw.com

Attorneys for Defendant
LAND ROVER NORTH AMERICA, INC.

# IN THE UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRIAN J. WOLIN, ON BEHALF OF HIMSELF AND ALL OTHERS SIMILARLY SITUATED,<br><br>Plaintiff,<br><br>vs.<br><br>LAND ROVER NORTH AMERICA, INC.<br><br>Defendant. | Case No. SACV07-00627 AG (RNBx)<br><br>**DEFENDANT LAND ROVER NORTH AMERICA, INC.'S NOTICE OF SUPPLEMENTAL AUTHORITY**<br><br>Next Event: Motions Hearing<br>Date:    June 23, 2008<br>Time:    10:00 a.m.<br>Judge:  Hon. Andrew J. Guilford<br>Courtroom: 10D |

Defendant Land Rover North America, Inc. ("Land Rover") respectfully submits this Notice of Supplemental Authority to bring to the Court's attention the Florida Third District Court of Appeals' recent decision in Kia Motors America Corp. v. Yvonne Butler, No. 3D05-1145 (3d Dist. Ct. App. June 11, 2008) (attached as Exhibit 1) (hereinafter "Butler"), reversing a trial court's certification of a class of Florida purchasers of 1999-2001 Kia Sephia model passenger automobiles for an alleged brake system design defect that supposedly led to premature wear of the front

| Case No. SACV07-00627 AG (RNBx) | **DEFENDANT'S NOTICE OF SUPPLEMENTAL AUTHORITY** | 1 |

brakes. Given the virtually identical class certification issues implicated in the present case, as well as plaintiff's reliance on the related decision in <u>Samuel-Bassett v. Kia Motors America, Inc.</u>, 212 F.R.D. 271 (E.D. Pa. 2002) (hereinafter "<u>Bassett</u>"), <u>vacated for lack of jurisdiction</u>, 357 F.3d 392 (3d Cir. 2004), the <u>Butler</u> decision is highly relevant to this Court's consideration of plaintiff's Motion for Class Certification.[1]

By way of brief background, in the <u>Bassett</u> case Kia Motors appealed the 2002 federal district court's class certification order, whereupon the United States Court of Appeals for the Third Circuit issued a memorandum opinion vacating the certification order and directing the court to reexamine the issue of federal diversity jurisdiction. 357 F.3d at 402. Based on the Third Circuit's admonitions, the district court agreed that the case lacked federal jurisdiction and remanded.[2] The federal court's jurisdictional divestiture spawned several copy-cat state court actions, including <u>Butler</u>.

The similarities between Ms. Butler's contention that certain Kia vehicles contained a "brake system" design defect causing premature brake wear and plaintiff's allegations here of uneven and premature tire wear resulting from "geometry misalignment" are profound. <u>See</u> Slip Op. 2.[3] The <u>Butler</u> de-certification opinion largely speaks for itself, and Land Rover respectfully defers to the Court to consider its significance. Suffice to say that the <u>Butler</u> tribunal explicitly remarked that the trial judge had "deviated from the majority of jurisdictions that have denied

---

[1] Notice of this decision should neither surprise nor unfairly prejudice plaintiff; indeed, these same plaintiff's counsel also represented the putative class in <u>Butler</u>.

[2] The district court's vacated certification decision in <u>Bassett</u> has not been relied upon or cited favorably by any subsequent court and any import it may otherwise have in this action is belied by the fact that it is the lone published decision by any federal court certifying a class based on allegations of premature wear of consumable vehicle components (e.g., tires, brakes, and standard transmission elements).

[3] Similar to Mr. Wolin, Ms. Butler also filed claims under the Florida Deceptive and Unfair Trade Practices Act ("FDUTPA"), Fla. Stat. §§ 501.201-501.213 (2003), and for breach of express and implied warranties seeking damages in the form of economic losses. Slip. Op. 2, 5. Mr. Wolin did not file a claim for implied warranty of merchantability.

Case No. SACV07-00627 AG (RNBx)  **DEFENDANT'S NOTICE OF SUPPLEMENTAL AUTHORITY**  **2**

class recovery [in automobile defect cases involving both manifested and unmanifested defects]." See Slip. Op. 12-13 (citing cases also discussed at length in the instant certification papers).  Indeed, the court emphasized that individualized inquiries were necessary to determine whether and why each plaintiff's brake wore:

> Without individualized inquiry, there is no way in adjudicating this case to determine whether the need for a particular repair was based on normal wear, a defective original part, a defective after market part, environmental factors, such as weather or road conditions, the presence of foreign objects in the braking system, the failure of parts other than the braking system, poor workmanship by a third party, or individual driving habits.

Slip Op. 14.

In light of this additional authority, and for the reasons stated in Land Rover's prior submissions, the Court should deny plaintiff's motion for class certification.

Dated:  June 17, 2008

Respectfully submitted,

HOGAN & HARTSON LLP

By: /s/ Martin A. Price
Martin A. Price (Cal. Bar. No. 208134)
Kevin S. Willen (*Pro Hac Vice*)
HOGAN & HARTSON LLP
555 Thirteenth Street, NW
Washington, DC 20004-1109
Telephone: (202) 637-5600
Facsimile: (202) 637-5910
E-mail: maprice@hhlaw.com
        kswillen@hhlaw.com

Attorneys for Defendant
LAND ROVER NORTH AMERICA, INC.

# PROOF OF SERVICE

I, Alexandra M. Romero, declare as follows:

I, the undersigned, certify and declare that I am over the age of 18 years, employed in the District of Columbia, and not a party to the above-entitled cause. My business address is Hogan & Hartson L.L.P., 555 13th Street NW, Washington, DC, 20004.

On **June 17, 2008**, I served the foregoing document described as

**DEFENDANT LAND ROVER NORTH AMERICA'S NOTICE OF SUPPLEMENTAL AUTHORITY**

on all following person(s) in this action by placing a true copy thereof enclosed in a sealed envelope addressed as follows:

**SEE ATTACHED SERVICE LIST**

[X] **BY MAIL**  I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing.  Under that practice it would be deposited with U.S. Postal Service on that same day with postage thereon fully prepaid at Washington, DC, in the ordinary course of business.  I am aware that on motion of the party served, service is presumed invalid if the postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

[X] **BY FACSIMILE**   I caused said document to be transmitted by facsimile transmission to the number indicated after the address(es) noted above.

[X] **BY ELECTRONIC SERVICE**  I caused said document to be e-filed to the e-mail addressed to the number indicated.

[ ] **BY FEDEX**  I caused such envelope to be delivered to Federal Express for overnight courier service to the offices of the addressee(s) listed above.

[X] **FEDERAL**  I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.  I hereby declare under penalty of perjury that the foregoing is true and correct.

Executed on **June 17, 2008** at Washington, DC.

Alexandra M. Romero               /s/ Alexandra M. Romero
                                   Signature

Case No. SACV07-00627 AG (RNBx)         PROOF OF SERVICE         1

# SERVICE LIST

Mark F. Anderson
Matthew S. Da Vega
KEMNITZER, ANDERSON, BARRON,
OGILVIE & BREWER LLP
445 Bush Street, 6th Floor
San Francisco, CA 94108
Telephone: (415) 623-3784
Facsimile: (415) 861-3151
Email: mark@kabolaw.com

James E. Miller
SHEPHERD, FINKELMAN,
MILLER & SHAH, LLP
65 Main Street
Chester, CT 06412
Telephone: (860) 526-1100
Facsimile: (860) 526-1120
Email: Jmiller@sfmslaw.com

Karen M. Leser (SBN 231189)
SHEPHERD, FINKELMAN,
MILLER & SHAH, LLP
401 West A Street, Suite 2350
San Diego, CA 92101
Telephone: (619) 235-2416
Facsimile: (619) 234-7334
Email: kleser@sfmslaw.com

James C. Shah
SHEPHERD, FINKELMAN,
MILLER & SHAH, LLP
35 E. State Street
Media, PA 19063
Telephone: (610) 891-9880
Email: jshah@sfmslaw.com

Thomas D. Mauriello
LAW OFFICES OF THOMAS D. MAURIELLO
209 Avenida Fabricante, Suite 125
San Clemente, CA 92672
Tel: 949-542-3555
Fax: 949-606-9690
Email: tomm@maurlaw.com

*Attorneys for Plaintiff Brian Wolin*